## IN THE UNITED STATES BANKRTUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

IN RE:  ARKANSAS HOUSE WORKS, INC.          CASE NO.: 6:22-bk-70114
       DEBTOR                                   CHAPTER 11, Subchapter V

### FINAL DECREE

The estate of the above-named Debtor having been full administered and the Subchapter V Trustee having been discharged from and relieved of her duties in this case, the Court hereby finds:

That because the Debtor's plan was confirmed as a consensual plan under 11 U.S.C. §1191(a), "the confirmation of the plan discharges the Debtor from any debt that arose before the date of such confirmation." 11 U.S.C. §1141(d).

The Chapter 11 case of the above-named Debtor should be, and hereby is, closed.

**IT IS SO ORDERED.**

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 05/22/2023

**PREPARED BY:**

  _/s/ Jennifer Wyse_____
Jennifer Wyse
Honey Law Firm, P.A.
Attorneys for Debtor

CC:    U.S. Trustee
       Beverly Brister, Subchapter V Trustee
       Honey Law Firm, P.A., Debtor's counsel
       All Creditors